UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN ALFARO-MARTINEZ | CASE NO. 22-CV-776 |
| -vs- | JUDGE DRELL |
| SHAD M RICE & U S IMMIGRATION &CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Alfaro-Martinez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Amended Petition (ECF Nos. 1, 11) is **DENIED**.

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**THUS, ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 7th day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT